

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2023

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Elliot Allen*, 23 Cr. 254 (JPC)

Dear Judge Cronan:

      On behalf of both parties, the Government writes respectfully to seek an adjournment of the status conference currently scheduled for Wednesday, July 26, in the above-captioned case, to Wednesday, September 13, a date that we understand is convenient for the Court.

      At the parties' last conference, the Court excluded time under the Speedy Trial Act through the next appearance then scheduled for July 26. The Government moves with the defense's consent to exclude time through September 13, should the Court adjourn the July 26 conference to that date, so that the parties may continue to review discovery and discuss a potential pretrial disposition.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: _____
      Justin Horton
      Assistant United States Attorney
      (212) 637-2276

The request is granted. The status conference currently scheduled for July 26, 2023, is adjourned to September 13, 2023, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Court will exclude time until September 13, 2023 under the Speedy Trial Act for the purposes of allowing the defense to review discovery and contemplate a pretrial disposition of this case. The Court finds that the ends of justice served by that exclusion outweigh the best interest of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

July 24, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge