**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 11, 2023

**VIA ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Elliot Allen**
**23 Cr. 254 (JPC)**

Dear Judge Cronan,

    I write to respectfully request that the Court adjourn the status conference currently scheduled for September 13, 2023 to the week of October 30, 2023.

    The discovery in this case is voluminous and given that Mr. Allen is incarcerated at MDC, we are still in the process of reviewing it. Completing our review will enable us to decide on the appropriate next steps.

    The government, by Assistant United States Attorney Justin Horton, has no objection to this application.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Allen
212-417-8729

The request is granted. The status conference originally scheduled for September 13, 2023 is adjourned to November 2, 2023, at 9:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Court will exclude time until November 2, 2023 under the Speedy Trial Act to allow the defense to review discovery. The Court finds that the ends of justice served by that exclusion outweigh the best interest of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.
September 11, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge