UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                             :

UNITED STATES OF AMERICA,                      :

        -v-                                             :
                                                           :          23 Cr. 254 (JPC)
ELLIOT ALLEN,                                :
                                                           :          <u>PRETRIAL ORDER</u>
                    Defendant.               :
                                                           :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Trial is scheduled to begin in this matter on April 1, 2024. The parties must familiarize themselves with Part 7 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500. Unless the Court orders otherwise, any exhibit lists, exhibits, and § 3500 material shall be submitted to the Court electronically, and the parties shall not submit hard copies.

       The deadline for the Government's expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) is January 12, 2024. The deadline for Defendant's expert disclosures pursuant to Rule 16(b)(1)(C) is February 9, 2024. The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by February 14, 2024. By February 28, 2024, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* shall also be filed by February 28, 2024, with oppositions due March 13, 2024.

The Court will hold a Final Pretrial Conference on March 27, 2024, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 7, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge