

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 26, 2024

**BY ECF**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Elliot Allen*, 23 Cr. 254 (JPC)

Dear Judge Cronan:

      Trial is set for April 1, 2024, in the above-referenced case. (Dkt. 13 (pretrial scheduling order)). On January 12, 2024, the Government wrote to inform the Court that the parties were discussing a potential pretrial disposition. With the defendant's consent, the Government moved to adjourn the next pretrial deadline—for expert disclosures, originally due January 12 and January 26 for the Government and defense, respectively—by 14 days to January 26 and February 9. (Dkt. 16). That was the parties' first request for an adjournment of any pretrial deadlines in the case, and the Court granted that request. (Dkt. 17).

      In the ensuing two weeks, the parties have made progress in their discussions and are focused on certain discrete issues. Accordingly, the Government moves once more with the defendant's consent to adjourn certain pretrial deadlines as described on the following page while the parties work to determine whether a trial will be necessary in this case.

| Event | Current Deadline | Consent Requested Extension Date |
|---|---|---|
| Expert disclosures | 1/26 (Government) <br> 2/9 (defense) | 2/16 (Government) <br> 3/1 (defense) |
| Government's 404(b) notice | 2/14 | 2/16 |
| Proposed *voir dire* questions, RTCs, proposed verdict forms, and motions *in limine* | 2/28 | 3/6 |
| Oppositions to motions *in limine* | 3/13 | 3/20 |
| Final pretrial conference | 3/27 | 3/27 (no change) |
| Trial | 4/1 | 4/1 (no change) |

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Justin Horton
Assistant United States Attorney
(212) 637-2276

cc:   Sylvie Levine, Esq. (by ECF)

The request is granted. The deadlines for expert disclosures from the Government and the defense are extended to February 16, 2024, and March 1, 2024, respectively. The deadline for the parties' proposed *voir dire* questions, requests to charge, proposed verdict forms, and motions *in limine* is extended to March 6, 2024, with oppositions to those motions *in limine* due on March 20, 2024.

SO ORDERED.
January 26, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge